**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leona P. Bell )
_____ )
                *Plaintiff* )
314 50th St., N.E., #23 )
_____ )
Washington, DC 20019 )
_____ )
                v. )
District of Columbia Government )
Women Services, D.C.General Hospital )
1905 Massachusetts Avenue, S.E. )
Washington, DC 20003 )
    Mayor Anthony Williams )
    Ms. Bonita Bantom, Treatment )
    Manager; D.C. General Hospital )
    "Women's Services"; 1905 MA Ave.)
    N.E., Wash., DC 20003 )
    Ms. Joyce McKenzie, Supervisor )
    Treatment counselor, D.C. General )
    Hospital "Women's Services"; 1905 )
    MA Ave., S.E., Wash. DC 20003 )
    Mr. Haliburton, Treatment Counselor)
    D.C. General Hospital, "Women's )
    Services"; 1905 MA Ave., S.E.; )
    Wash., DC 20003 )
    Mr. William Jackson, Treatment )
    Counselor; D.C. General Hospital )
    "Women's Services"; 1905 MA Ave.)
    S.E; Wash., DC 20003 )
    Ms. Michelle Danett, LPN, D.C. )
    General Hospital "Women's Services" )
    1905 MA Ave., S.E., Wash., DC )
    20003 )
    Dr. John Bedeau, D.C. General )
    Hospital "Women's Services", 1905 )
    MA Ave., S.E., Wash., DC 20003 )
                *Defendant(s)*

CIVIL ACTION NO._____ 06 1092

Mtn. GRANTED
George C. Laketh
US DISTRICT JUDGE
6/14/06

### Motion To Proceed In Forma Pauperis

Comes now the Plaintiff, and respectfully requesting this Honorable Court to allow plaintiff to proceed without prepayment of costs for the following reason(s):

    Plaintiff filing is indigent at present, unable financially to bear cost; plaintiff is a lifetime resident of the District of Columbia; plaintiff requests to matter address beforeth the Honorable Court.

**RECEIVED**

MAY 3 0 2006

**Certificate of Service**

I, <u>LEONA P. BELL,</u> 314 50th St., N.E., #23, Washington, DC  20019, certify that a copy of Motion To Proceed In Forma Pauperis, the attached motion was mailed, postage prepaid, on ___26th___ day of ___May___, 2006.


_Janet C. Anderson_
NOTARY PUBLIC

My Commission Expires 9/1/08


_Leona P. Bell_

**Leona P. Bell**

## Points and Authorities

**KOSSBERG** V. **WASHINGTON HOSPITAL CENTER,** 349 F.2ed 947, 949 (D.C.
CTR. 1994), (Defendants' Breach of the Standard of Care);

**DISTRICT OF COLUMBIA** V. **MITCHELL,** 533 A.2d 629, 639 (D.C. 1987)

*Leona P. Bell*

**Signature**

**FILED**

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Leona P. Bell _____ )<br>        *Plaintiff*      )<br>314 50th St., N.E., #23 _____ )<br>Washington, DC 20019 _____ )<br>        vi.         )<br>District of Columbia Government )<br>Women Services, D.C.General Hospital )<br>1905 Massachusetts Avenue, S.E. )<br>Washington, DC 20003    )<br>    Mayor Anthony Williams  )<br>    Ms. Bonita Bantom, Treatment )<br>    Manager; D.C. General Hospital )<br>    "Women's Services"; 1905 MA Ave.)<br>    N.E., Wash., DC 20003   )<br>    Ms. Joyce McKenzie, Supervisor )<br>    Treatment counselor, D.C. General )<br>    Hospital "Women's Services"; 1905 )<br>    MA Ave., S.E., Wash., DC 20003 )<br>    Mr. Haliburton, Treatment Counselor)<br>    D.C. General Hospital, "Women's )<br>    Services"; 1905 MA Ave., S.E.; )<br>    Wash., DC 20003    )<br>    Mr. William Jackson, Treatment )<br>    Counselor; D.C. General Hospital )<br>    "Women's Services"; 1905 MA Ave.)<br>    S.E; Wash., DC 20003  )<br>    Ms. Michelle Danett, LPN, D.C. )<br>    General Hospital "Women's Services"<br>    1905 MA Ave., S.E., Wash., DC )<br>    20003    )<br>    Dr. John Bedeau, D.C. General )<br>    Hospital "Women's Services", 1905 )<br>    MA Ave., S.E., Wash., DC 20003 )<br>        *Defendant(s)* | CIVIL ACTION NO._____<br><br>06 1092 |

## Affidavit In Support of Motion to Proceed In Forma   Pauperis

I further swear that the responses which I have made to questions and instruction below relating to my ability to pay the cost of proceeding in this action are true.

1. Are you presently employed?   NO

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or from self-employment?  No

   b. Rent payments, interest or dividends?  No

   c. Pensions, annuities or life insurance payment?  No

   d. Gifts or inheritance?  No

   e. Any other sources?  No

3. Do you own any cash, or do you have money in checking or savings account? No. If yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobile, or other valuable property (excluding ordinary household furnishings and clothing? No. If the answer is yes describe the property and state its approximate value. N/A.

5. List the persons who are dependent upon you for support; state your relationship to those persons, and indicate how much you contribute toward their support. N/A.

I have read and subscribed to the above and swear, under oath, that the information is true and correct. I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

_Leona P. Bell_
(Plaintiff Signature)

I, _____Leona P. Bell_, being first duly sworn under oath, presents that s/he has read and subscribed to the above and states that the information herein is true and correct.

_Leona P. Bell_
(Plaintiff Signature)

_Janet C. Indeep_ (Notary Public)   My Commission Expires 9/1/08
NOTARY PUBLIC

"Certificate of Service"

I, Leona P. Bell, certify that a copy of affidavit In Support of Motion to Proceed In Forma Pauperis is attached. Motion was mailed, postage prepaid, on _26th_ day of _May_, 2006.

## Relief

Plaintiff, <u>LEONA P. BELL</u>, deemed a trial by jury for all issues so trial by the maximum of jurors so allowable; granting damages of compensatory and punitive relief for plaintiff's pain and suffering, and violations of plaintiff's rights.

## Conclusion

Wherefore, plaintiff, LEONA P. BELL, Pro-se litigant request that the Honorable Court exercise the matter of law to these litigable issues of plaintiff claim in accordance with the constitutional amendments, in the interest of equity of protection pursuant this matter before this court.

Respectfully submitted,

Ms. Leona P. Bell (Pro-se)
314 50th Street, N.E., #23
Washington, DC  20019

Dated 26 day of MAY, 2006.

District of Columbia : SS.
Subscribed and Sworn to before me, in my presence,
this 26 day of MAY, 2006
Daniel W. Harrison, Notary Public, D.C.
My commission expires April 30, 2009