UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LEONA P. BELL, )
)
      Plaintiff, )
)
v. )   Civil Action No. 06-1092 (RJL)
)
DISTRICT OF COLUMBIA )
GOVERNMENT WOMEN SERVICES, )
et al., )
)
      Defendants. )

### ORDER

The Court has granted plaintiff's *pro se* motion for leave to proceed *in forma pauperis*.

Accordingly, it is

ORDERED that the Clerk of the District Court issue summonses for the defendants in order for the United States Marshals Service to effect service of the complaint.

_____
RICHARD J. LEON
United States District Judge

DATE:

9/8/06