UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONA P. BELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al*. )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1092 (RJL) |

DEFENDANT WILLIAMS' MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), defendant Anthony Williams hereby moves this Honorable Court to enlarge the time for his response to the Complaint in this matter. Defendant Williams' Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

Pursuant to LCvR 7.1(m), undersigned counsel made a good-faith effort to discuss the subject motion with the *pro se* plaintiff, but the only telephone number contained in the Complaint and accompanying documents was disconnected, and no public listing exists.

WHEREFORE, defendant Williams respectfully requests that this Honorable Court:

A. Grant his Motion for Enlargement of Time to Respond to the Complaint, and

B. Grant defendant Williams such other and further relief as the nature of his cause may require.

DATE: October 23, 2006           Respectfully submitted,

                                  ROBERT J. SPAGNOLETTI
                                  Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division


    /s/ Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431


    /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 23, 2006, copies of the foregoing Motion and all accompanying documents were filed with the Court's Electronic Case Filing system, and sent by U.S. Mail, first-class, postage-prepaid, to:

Leona P. Bell
314 50th Street, N.E.
No. 23
Washington, D.C. 20019

    /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONA P. BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1092 (RJL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al*. ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
DEFENDANT WILLIAMS' MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO THE COMPLAINT

Defendant Anthony Williams, by and through undersigned counsel, respectfully submits this Memorandum of Points and Authorities in Support of his Motion for Enlargement of Time to Respond to the Complaint, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b). In support of the instant motion, defendant Williams states as follows:

1. The Complaint appears to have been originally received by the Clerk's Office in this matter on May 30, 2006, and filed on June 15, 2006, but service was apparently only effected (by the U.S. Marshals Office) on defendant Anthony Williams on or about October 4, 2006.

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendant Williams' response to the Complaint is due on or before October 24, 2006.

3. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

4. For its good cause shown, defendant Williams states that the *pro se* Complaint encompasses several incipient legal theories and detailed factual allegations against a number of individual District employees. Defendant Williams believes that additional time will be necessary to review the Complaint and conduct a thorough factual and legal investigation of the allegations contained therein.

5. This enlargement is not sought for any improper purpose, but to complete an appropriate submission for consideration by this Court.

6. Based on the above, defendant Williams respectfully requests that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for the District to file its response to the Complaint to November 17, 2006.

DATE: October 23, 2006                Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

/s/ Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov