UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONA P. BELL, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.* )<br>)<br>        Defendants. )<br>) | Civil Action No. 06-1092 (RJL) |

ORDER

Upon consideration of Defendant Williams' Motion For Enlargement Of Time To Respond To The Complaint, the Memorandum of Points and Authorities in Support thereof, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that Defendant Williams' Motion For Enlargement Of Time To Respond To The Complaint be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant Williams' response to the Complaint shall be filed on or before November 17, 2006.

SO ORDERED.

DATE: _____        _____
                                                                    RICHARD J. LEON
                                                                    United States District Judge

Copies to:

Leona P. Bell
314 50th Street, N.E.
No. 23
Washington, D.C. 20019

-2-

Andrew J. Saindon
Office of the Attorney General for the District of Columbia
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001