UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEONA P. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1092 (RJL) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANTS' MOTION FOR AN ORDER GOVERNING DISCLOSURE OF
INFORMATION AND
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), defendants hereby move this Honorable Court for an Order Governing the Disclosure of potentially protected Information, and to enlarge the time for his response to the Complaint in this matter. Defendants' Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

Pursuant to LCvR 7(m), undersigned counsel discussed the subject motion with the *pro se* plaintiff, who took the matter under advisement, but did not respond prior to the instant filing.

WHEREFORE, defendants respectfully request that this Honorable Court:

A. Grant this Motion for an Order Governing Disclosure and Enlargement of Time to Respond to the Complaint, and

B. Grant defendants such other and further relief as the nature of their cause may require.

DATE: November 17, 2006        Respectfully submitted,

                                                   EUGENE A. ADAMS
                                                 Interim Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division


    /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Acting Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431
ellen.efros@dc.gov


    /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 17, 2006, copies of the foregoing Motion and all accompanying documents were filed with the Court's Electronic Case Filing system, and sent by U.S. Mail, first-class, postage-prepaid, to:

Leona P. Bell
314 50th Street, N.E.
No. 23
Washington, D.C. 20019

    /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEONA P. BELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 06-1092 (RJL) |
| DISTRICT OF COLUMBIA, *et al*. | ) ) ) | |
| Defendants. | ) ) | |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
DEFENDANTS' MOTION FOR
AN ORDER GOVERNING DISCLOSURE OF INFORMATION AND
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendants, by and through undersigned counsel, respectfully submit this Memorandum of Points and Authorities in Support of their Motion for an Order Governing Disclosure of Information and Enlargement of Time to Respond to the Complaint, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), and LCvR 5.1(j). In support of the instant motion, defendants state as follows:

1. The Court granted Defendants' Motion for Enlargement of Time to Respond to the Complaint by Order dated October 25, 2006.

2. Defendants' response to the Complaint is due on or before November 17, 2006.

3. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

4. For its good cause shown, defendants state that the *pro se* Complaint challenges plaintiff's dismissal from a District-operated substance abuse treatment program. *See* Complaint

¶¶ 1–9. Plaintiff attached, as exhibits to her Complaint, a number of documents concerning her medical treatment and care, both by the District and elsewhere.

5. To respond adequately to the Complaint, the defendants believe it will be necessary to reference additional information and/or records related to plaintiff's treatment.

6. In researching the issue, the undersigned believes that the necessary information may be protected from automatic disclosure by law. For instance, the Health Insurance Portability and Accountability Act ("HIPAA"), PL 104-191 (Aug. 21, 1996), 110 Stat 1936, and its attendant regulations, generally prohibits disclosure of a person's "protected health information" without the written authorization of the individual. *See* 42 U.S.C. § 1320d(4) (Health information means "any information, whether oral or recorded in any form or medium, that is created or received by health care provider[s] . . . and relates to the past, present, or future physical or mental health or condition of an individual, [or] the provision of health care to an individual."); *see also* 42 U.S.C. § 1320d(6) (regarding individually identifiable health information).

7. HIPAA regulations allow the disclosure of such protected information without the individual's authorization in limited circumstances, including "judicial and administrative proceedings." *See* 45 C.F.R. § 164.512(e). However, such disclosures may only be made in response to a court order, a subpoena, or in the course of discovery, provided that "reasonable efforts" have been made to notify the individual and permit time for objections and/or a "qualified protective order." *Id*.

8. Similarly, the Drug Abuse Prevention, Treatment, and Rehabilitation Act, 21 U.S.C. § 1175, further restricts the disclosure and use of drug-abuse patient records. *See* 42 C.F.R. § 2.1(b)(2)(C) (records may be disclosed without written consent of patient in limited circumstances, including, *inter alia*, "[i]f authorized by an appropriate order of a court of

competent jurisdiction granted after application showing good cause therefor."); *see also* 42 C.F.R. § 2.64 (procedures and criteria for court orders authorizing disclosures for noncriminal purposes). District law specifically incorporates these federal regulations. *See* 29 D.C. Mun. Reg. §§ 2329.7, 2353.1 (incorporating "Confidentiality of Alcohol and Drug Abuse Patient Records," 42 C.F.R., Part 2).

9. Consequently, although plaintiff herself put the issue and information into the public record, the defendants, out of an abundance of caution, here seek an appropriate order from the Court governing defendants' disclosure of some of plaintiff's information.

10. The defendants additionally propose an enlargement of time of two (2) weeks to respond to the Complaint, subsequent to entry of an appropriate Order.

11. The attached proposed Order was drafted pursuant to the standards contained in 42 C.F.R. §§ 2.64(d) & (e), and LCvR 5.1(j), governing motions to seal.

12. The defendants thus propose, if authorized, to file its response to the Complaint and any referenced information, redacting protected information (and filing unredacted copies under seal with the Court).

13. This enlargement is not sought for any improper purpose, but to complete an appropriate submission for consideration by this Court in light of relevant law. Moreover, while the *pro se* plaintiff did not expressly consent to the relief requested in the instant motion, the defendants assert that the procedures detailed in the proposed Order will also inure to the plaintiff's benefit.

14. Based on the above, the defendants respectfully request that this Honorable Court enter an order pursuant to 45 C.F.R. § 164.512(e), 42 C.F.R. §§ 2.64(d) & (e), and Fed. R. Civ. P. 6(b)(1), to allow for the limited disclosure of protected information, and to enlarge the time

for the defendants to file their response to the Complaint to two (2) weeks after the date of issuance of such Order.

DATE: November 17, 2006

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division


_____/s/ Ellen A. Efros_____
ELLEN A. EFROS, D.C. Bar No. 250746
Acting Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431
ellen.efros@dc.gov


_____/s/ Andrew J. Saindon_____
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

-4-