UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| LEONA P. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1092 (RJL) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

Upon consideration of Defendants' Motion For An Order Governing Disclosure Of Information And Enlargement Of Time To Respond To The Complaint, the Memorandum of Points and Authorities in Support thereof, the lack of opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that Defendants' Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that, pursuant to 45 C.F.R. § 164.512(e) and 42 C.F.R. §§ 2.64(d) & (e), the defendants are here authorized to disclose otherwise protected patient information concerning the plaintiff, subject to the conditions contained herein, and it is

FURTHER ORDERED, that good cause exists for such disclosures, and the public interest and need for the disclosures outweigh the potential injury to the patient, who put the matter at issue in her Complaint, and it is

FURTHER ORDERED, that the defendants may disclose, to defend themselves from the instant claims, only that patient and health information concerning plaintiff (as those terms are defined in relevant law) necessary for such defense, provided that the information disclosed shall be redacted in any filing submitted as part of the public record in this matter, and it is

- 1 -

- 2 -

FURTHER ORDERED, that the defendants shall file an unredacted copy of any such filings under seal to the Court, and it is

FURTHER ORDERED, that such disclosed patient and health information shall be used solely for purposes of defending this action, including any appeals, and it is

FURTHER ORDERED, that defendants' response to the Complaint shall be filed no later than two (2) weeks from the date of entry of the instant Order.

SO ORDERED.


DATE: _____              _____
                                        RICHARD J. LEON
                                        United States District Judge

Copies to:

Leona P. Bell
314 50th Street, N.E.
No. 23
Washington, D.C. 20019

Andrew J. Saindon
Office of the Attorney General for the District of Columbia
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001