UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEONA P. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1092 (RJL) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF BONITA M. BANTOM

Pursuant to 28 U.S.C. § 1746, I, Bonita M. Bantom, declare and state as follows:

1.      I am over the age of eighteen (18) years, competent to testify to the matters contained herein, and testify based on my personal knowledge and information.

2.      I am Interim Center Manager of the Center for Public Policy and Special Populations, for the Addiction Prevention and Recovery Administration ("APRA") in the D.C. Department of Health ("DOH"). Prior to my current position, I was Manager of Women's Services at APRA.

3.      I have worked for DOH since November of 2004. My educational background includes a Master's Degree in Social Work, a Bachelor's Degree in Sociology, and a certification in Addictions Counseling.

4.      I am familiar generally with the allegations of this complaint. At the time of the alleged incidents, I was the manager of the Women's Services Clinic on the campus of D.C. General Hospital.

5.      At the clinic, APRA provides substance-abuse treatment and related care for District residents enrolled in the program. That treatment can include the use of

1

medication, administered on-site, or through "lockboxes" in which clients can retrieve medication for self-administration at home. Clients are required to return the empty medication bottles with the prescription labels intact and in the correct chronological sequence.

6.    The clinic, like most such programs treating addictions, uses the lockbox procedure to carefully monitor the use of such potentially dangerous controlled substances, like methadone, which can be abused or "diverted," *i.e.*, resold on the street.

7.    ███████████████████████████ the clinic conducted an inspection and review of all lockboxes, lockbox procedures, and empty returned medication bottles of clients who received "take home" medications.

8.     The TAT is composed of clinic staff from a number of disciplines to ensure an objective consultation and outcome in cases. I was a part of the TAT as the manager of the clinic.

9.    

2

10. 

11.

12.

This declaration consists of twelve (12) numbered paragraphs on three (3) pages. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on *November 16, 2006*

*Bonita M. Bantom*

BONITA M. BANTOM