UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
LEONA P. BELL,                          )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )    Civil Action No. 06-1092 (RJL)
                                        )
DISTRICT OF COLUMBIA, *et al*.          )
                                        )
            Defendants.                 )
_____)

DEFENDANTS' STATEMENT OF MATERIAL FACTS AS TO WHICH
THERE IS NO GENUINE ISSUE

1.  On November 29, 2005, [*********************************************
***********REDACTED******************************************************].
Declaration of Bonita M. Bantom ("Bantom Decl."), dated November 16, 2006, ¶ 8 (copy
attached).

2.  [***************************************************REDACTED********
**************************************************************************************
*********************************************]. Bantom Decl. ¶ 8.

3.  [*************************************************************************
***************************REDACTED**************************************************
**************************************************************************************
**************************************************************************************
*********************************]. Bantom Decl. ¶ 9.

4.  [*******************************************REDACTED***********

**************************************************************************

************]. Bantom Decl. ¶ 10.

5.  [*******************************************REDACTED****************

**************************************************************************

**************************************************************************

*****************************************************************].

Bantom Decl. ¶ 11.

6.  [*******************************************REDACTED**********

**************************************************]. Bantom Decl. ¶ 12.


DATE: December 5, 2006              Respectfully submitted,

                                   EUGENE A. ADAMS
                                   Interim Attorney General, D.C.

                                   GEORGE C. VALENTINE
                                   Deputy Attorney General, D.C.
                                   Civil Litigation Division


                                        /s/ Ellen A. Efros
                                   ELLEN A. EFROS, D.C. Bar No. 250746
                                   Chief, Equity I
                                   441 Fourth Street, N.W., 6th Floor South
                                   Washington, D.C. 20001
                                   Telephone: (202) 442-9886
                                   Facsimile: (202) 727-0431
                                   ellen.efros@dc.gov


                                        /s/ Andrew J. Saindon
                                   ANDREW J. SAINDON, D.C. Bar No. 456987
                                   Assistant Attorney General
                                   Equity 1
                                   441 Fourth Street, N.W., 6th Floor South

Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov