UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEONA P. BELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 06-1092 (RJL) |
| DISTRICT OF COLUMBIA, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

ORDER

Upon consideration of the Defendants' Motion To Dismiss or, in the Alternative, for Summary Judgment, the Memorandum of Points and Authorities in Support thereof and any opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendants' Motion To Dismiss be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the Complaint is hereby DISMISSED with prejudice.

SO ORDERED.

DATE: _____        _____
                                     RICHARD J. LEON
                                     United States District Judge