UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| LEONA P. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1092 (RJL) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>ORDER</u>

Upon consideration of the Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, the Memorandum of Points and Authorities in Support thereof and in opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that summary judgment is hereby GRANTED to the defendants on all counts of the Complaint.

SO ORDERED.


DATE: _____        _____
                                   RICHARD J. LEON
                                   United States District Judge