UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONA P. BELL,<br><br>        Plaintiff,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>        Defendants. | Civil Action No. 06-1092 (RJL) |

NOTICE OF FILING UNDER SEAL

Pursuant to LCvR 5.1(j) and the Order of the Court of November 21, 2006, defendants District of Columbia, Mayor Anthony Williams, Bonita Bantom, "Joyce McKenzie," "Mr. Haliburton," William Jackson, Michelle Danett, and Dr. John Bedeau (collectively, "the District") hereby note that they have, this day, filed their unredacted Motion to Dismiss or, in the Alternative, for Summary Judgment, and all accompanying documents UNDER SEAL.

DATE: December 5, 2006      Respectfully submitted,

                                        EUGENE A. ADAMS
                                        Interim Attorney General, D.C.

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General, D.C.
                                        Civil Litigation Division

                                          /s/ Ellen A. Efros
                                        ELLEN A. EFROS, D.C. Bar No. 250746
                                        Chief, Equity I
                                        441 Fourth Street, N.W., 6th Floor South
                                        Washington, D.C. 20001
                                        Telephone: (202) 442-9886

Facsimile: (202) 727-0431
ellen.efros@dc.gov


　　　　/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov