UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LEONA P. BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1092 (RJL) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| GOVERNMENT WOMEN SERVICES, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants filed a motion to dismiss or, in the alternative, for summary judgment. Because plaintiff is proceeding *pro se*, the Court advised her that if she failed to respond to the motion by March 5, 2007, the Court could assume that the motion was conceded and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Plaintiff has not filed a response to defendants' motion. Accordingly, it is

ORDERED that defendants' motion to dismiss or, in the alternative, for summary judgment [8] is GRANTED. It is

FURTHER ORDERED that the case is DISMISSED.

RICHARD J. LEON
United States District Judge

DATE: 9/5/07